# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**RANDALL P. ROBERTSON,**  )
                           )
    Plaintiff,              )
                           )
v.                          )   **Case No. CIV-12-283-RAW-SPS**
                           )
**CAROLYN W. COLVIN,**      )
**Acting Commissioner of Social**  )
**Security Administration,**  )
                           )
    Defendant.              )

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 5, 2013, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 25th day of September, 2013.

```
Dated this 25th day of September, 2013.
```

Ronald A. White
United States District Judge
Eastern District of Oklahoma